# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Criminal Case No. 14-cr-00217-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    AARON J. LITTLE,

    Defendant.

_____

## ORDER SETTING CHANGE OF PLEA HEARING
_____

    Pursuant to the Notice of Disposition filed on August 7, 2014 (Docket No. 35). A Change of Plea Hearing is set for **September 17, 2014** at **1:00 p.m.** on the docket of Judge Raymond P. Moore in the U.S. District Courthouse, 901 19th Street, Courtroom A601, 6th Floor, Denver, Colorado. Counsel for all parties and the Defendant are required to be present in person. Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: ([Moore_Chambers@cod.uscourts.gov](mailto:Moore_Chambers@cod.uscourts.gov)) and to the Probation Department not later than 48 hours before the change of plea hearing. *See* D.C.COLO.LCrR 11.1C. On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance. *See* D.C.COLO.LCrR 11.1F.

    The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty.

The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

IT IS ORDERED that the trial preparation conference scheduled for **August 15, 2014**, and the **three-day** jury trial scheduled for **August 18, 2014** are VACATED.

DATED this 11th day of August, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge